"UNDER SEAL"

FILED
CHARLOTTE, NC
AUG 22 2018
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:18-cr-291-MOC |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| Rudolph Carryl | ) | |
| a/k/a Rudy Carryl | ) | |
| a/k/a Bunny | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through R. ANDREW MURRAY, United States Attorney for the Western District of North Carolina, for an Order directing that the Motion to Seal and this Order and Bill of Indictment and the Warrant be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Bill of Indictment and the Warrant be sealed until further order of this court.

The Clerk is directed to certify one copy of this Order to the United States Attorney's Office.

This the 22nd day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE